JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Stephen Hoare

**DEFENDANTS**
Chata Biosystems, LLC

**(b)** County of Residence of First Listed Plaintiff   Bucks
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
John S. Harrison, Esquire; Broughal & DeVito, L.L.P.
38 W. Market Street, Bethlehem, PA 18018
(610) 865-3664

Attorneys *(If Known)*
Asima J. Ahmad, Esquire; Jackson Lewis
Three Parkway, 1601 Cherry St., Suite 1350
Philadelphia, PA 19102-1317

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S.C. § 621 et seq
Brief description of cause:
Violation of the Age Discrimination and Employment Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** In excess of $150,000
CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE 04/20/2016
SIGNATURE OF ATTORNEY OF RECORD   John S. Harrison

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __129 Frog Hollow Road, Churchville, PA 18966__

Address of Defendant: __5858 Wright Drive, Loveland, CO 80538__

Place of Accident, Incident or Transaction: __129 Frog Hollow Road, Churchville, PA 18966__
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No☒  **Plaintiff is an individual.**

Does this case involve multidistrict litigation possibilities?   Yes☐   No☒

RELATED CASE, IF ANY:
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

---

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☒ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

---

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, __John S. Harrison, Esquire__, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE: __4/21/2016__         _____[signature]_____         __53864__
                                    Attorney-at-Law                   Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

---

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __4/21/2016__         _____[signature]_____         __53864__
                                    Attorney-at-Law                   Attorney I.D.#

CIV. 609 (5/2012)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| STEPHEN HOARE, | : | CIVIL ACTION |
| v. | : | |
| CHATA BIOSYSTEMS, LLC | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  ( X )

| 4/21/2016 | *[signature]* | Plaintiff |
|---|---|---|
| Date | Attorney-at-law | Attorney for |
| (610) 865-3664 | (610) 865-0969 | johnharrison@broughal-devito.com |
| Telephone | FAX Number | E-Mail Address |

(Civ. 660) 10/02

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HOARE, | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| v. | : | |
| CHATA BIOSYSTEMS, LLC, | : | |
| Defendant. | : | JURY TRIAL DEMANDED |

## COMPLAINT AND JURY TRIAL DEMAND

Plaintiff, Stephen Hoare, by his attorneys, Broughal & DeVito, L.L.P., brings this Complaint against Defendant Chata Biosystems, LLC.

## NATURE OF ACTION

1. This is an age discrimination claim alleging a violation of the Age Discrimination and Employment Act ("ADEA") and Pennsylvania Human Relations Act ("PHRA").

## JURISDICTION AND VENUE

2. This Honorable Court has original jurisdiction over the case under 28 U.S.C. § 1331 as it raises federal ADEA claims under the laws of the United States.

3. This Honorable Court has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367.

4. This Honorable Court is the proper venue for this action under 28 U.S.C. §§ 1391(b)(1) and (b)(2) because it is a judicial district in which a substantial part of the events giving rise to this cause of action arose.

## PARTIES

5. Plaintiff Stephen Hoare ("Hoare") is an adult individual who lives at 129 Frog Hollow Road, Churchville, Bucks County, Pennsylvania 18966.

6. Defendant Chata Biosystems, LLC ("Defendant Chata") is a Colorado limited liability company with an address of 5858 Wright Drive, Loveland, Colorado 80538.

## FACTS

7. Plaintiff Stephen Hoare was born on June 27, 1958, and is over 40 years old.

8. Plaintiff Stephen Hoare was hired by Defendant Chata in September 2009 in a sales position.

9. Plaintiff Stephen Hoare worked for Defendant Chata from a home office at his residence.

10. During the time he worked as a sales employee for Defendant Chata, Plaintiff Stephen Hoare performed his job excellently.

11. While Plaintiff Stephen Hoare was employed, Defendant Chata's owners and managers made age-based statements including "the ideal gal [for an open sales position] should be a young Asian gal that can sell to these labs;" and in reference to another employee, he "was ready for retirement."

12. On November 6, 2014, Defendant Chata fired Plaintiff Stephen Hoare.

13. Defendant Chata transferred Plaintiff Stephen Hoare's job duties to someone named Ashley Wilhelm, who is approximately 30 years old and significantly younger than Plaintiff Stephen Hoare.

14. Other similarly placed sales employees who were significantly younger employees were treated better than Plaintiff Stephen Hoare and retained when Defendant Chata fired Plaintiff Stephen Hoare.

15. Defendant Chata's alleged reasons for termination were false given that significantly younger employees were given his job duties.

## COUNT I
## ADEA

16. Plaintiff Stephen Hoare incorporates by reference paragraphs 1 through 15 of this Complaint as if set those paragraphs are fully set forth here.

17. Plaintiff Stephen Hoare is in a protected class.

18. Plaintiff Stephen Hoare was qualified to perform his job and had in fact been performing his job better than satisfactorily when he was fired.

19. Plaintiff Stephen Hoare was subjected to an adverse employment action when he was fired.

20. Plaintiff Stephen Hoare was replaced by someone significantly younger.

21. At the time of his termination, other similarly situated, significantly younger employees were treated more favorably than Plaintiff Stephen Hoare.

22. Defendant Chata's termination of Plaintiff Stephen Hoare was a willful and intentional violation of the ADEA as can be seen in the pretextual reasons offered for his termination.

WHEREFORE, Plaintiff Stephen Hoare requests that this Honorable Court enter judgment in his favor and award him damages as follows:

- Back pay;
- Front pay;
- Liquidated damages;
- Compensatory damages from the embarrassment and humiliation caused by Defendant Chata's conduct;
- Attorney fees; and
- Any other relief that the Court deems proper.

## COUNT II
## PHRA

23. Plaintiff Stephen Hoare incorporates by reference paragraphs 1 through 22 of this Complaint as if those paragraphs are fully set forth here.

24. The facts outlined above constitute a violation of the PHRA.

WHEREFORE, Plaintiff Stephen Hoare requests judgment in his favor and remedies as follows:

- Reinstatement;
- Back pay;
- Front pay;
- Compensatory damages;
- Attorney fees; and

- Any other relief that the Court deems proper.

## PLAINTIFF'S DEMAND FOR A JURY TRIAL

Plaintiff Stephen Hoare, through his attorneys, Broughal & DeVito, L.L.P., demands a trial by jury.

BROUGHAL & DeVITO, L.L.P.

Date: 4/21/2016

By: _____
John S. Harrison, Esquire
Attorney I.D. #53864
38 W. Market Street
Bethlehem, PA 18018
Telephone No.: (610) 865-3664
Facsimile No.: (610) 865-0969
*Attorneys for Plaintiff*